# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| MARTIN SEIDMAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:18-cv-1886-WWE |
| ) | |
| CHW GROUP, INC. d/b/a Choice Home ) | |
| Warranty, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF SETTLEMENT

Plaintiff, MARTIN SEIDMAN, ("Plaintiff"), through his attorney, Jennifer LaRese, informs this Honorable Court that the Parties have reached a settlement in this case. Plaintiff anticipates dismissing this case, with prejudice, within 30 days.

RESPECTFULLY SUBMITTED,

DATED: December 18, 2018

/s/ Jennifer LaRese
Jennifer LaRese
LAW OFFICE OF JENNIFER LAWRESE, LLC
33 Bullet Hill Road, Suite 301
Southbury, CT 06488
Tel: 203-583-8668
Fax: 203-828-6330
Jennifer@LaReseLawOffice.com

1

## **CERTIFICATE OF SERVICE**

On December 18, 2018, I electronically filed the Notice of Settlement with the Clerk of the U.S. District Court, using the CM/ECF system. I e-mailed a copy of the filed Notice of Settlement to Defense Counsel.

By: /s/ Jennifer LaRese
Jennifer LaRese