## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MARTIN SEIDMAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 5:18-cv-1886-WWE |
| | ) | |
| CHW GROUP, INC. d/b/a Choice Home Warranty, | ) ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff, MARTIN SEIDMAN, ("Plaintiff"), through his attorney, Jennifer LaRese, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), voluntarily dismisses this case, with prejudice, against Defendant, CHW GROUP, INC d/b/a CHOICE HOME WARRANTY.

RESPECTFULLY SUBMITTED,

DATED: January 18, 2019

/s/ Jennifer LaRese
Jennifer LaRese
LAW OFFICE OF JENNIFER LAWRESE, LLC
33 Bullet Hill Road, Suite 301
Southbury, CT 06488
Tel: 203-583-8668
Fax: 203-828-6330
Jennifer@LaReseLawOffice.com

## **CERTIFICATE OF SERVICE**

On January 18, 2019, I electronically filed the Notice of Voluntary Dismissal with the Clerk of the U.S. District Court, using the CM/ECF system.  I e-mailed a copy of the filed Notice of Voluntary Dismissal to Defense Counsel, Brian Tretter, at btretter@choicehomewarranty.com.

By: /s/ Jennifer LaRese
      Jennifer LaRese